**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TALAL ALFAOUR,

    Plaintiff,                    No. C 13-04719 JSW

    v.

UNITED PARCEL SERVICE, INC. and     **ORDER TO SHOW CAUSE**
DOES 1-10,

    Defendants.
_____/

    This matter is set for a hearing on January 17, 2014 on the motion to dismiss filed by the Defendant United Parcel Service. Pursuant to Local Civil Rule of the Northern District 7-3, an opposition or statement of non-opposition to this motion was due to be filed and served by October 31, 2013. To date, Plaintiff has not filed an opposition or statement of non-opposition.

    Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing, by no later than **January 13, 2014**, why the pending motion to dismiss should not be granted in light of his failure to file a timely opposition or statement of non-opposition. If Plaintiff seeks to file a substantive response to Defendant's motion, Plaintiff must demonstrate good cause for failing to file his opposition brief in a timely fashion. In his response to this Order, Plaintiff is also directed to show cause why this case should not be dismissed for failure to prosecute. Plaintiff is admonished that his failure to respond this Order by **January 13, 2014**, will result in a dismissal of this action without further notice.

If Plaintiff files a substantive response to Defendant's motion and demonstrates good cause for his delay, the Court will provide Defendant an opportunity to file a reply brief by no later than January 23, 2014. The hearing set for January 17, 2014 is HEREBY VACATED and shall be reset, if necessary, by further order.

The Court advises Plaintiff that the Handbook for Pro Se Litigants, contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court also advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: December 30, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TALAL ALFAOUR,

    Plaintiff,

v.

UNITED PARCEL SERVICE INC et al,

    Defendant.

Case Number: CV13-04719 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 30, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Talal Alfaour
121 Brosnan Ct
South San Francisco, CA 94080

Dated: December 30, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk