IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TALAL ALFAOUR,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC. and DOES 1-10,

    Defendants.

No. C 13-04719 JSW

**ORDER OF DISMISSAL**

On December 30, 2013, the Court issued an Order to Show Cause why this case should not be dismissed based on Plaintiff's failure to file a timely opposition to the pending motion to dismiss and for failure to prosecute. The Court further ordered that Plaintiff's response to the Order to Show Cause was due by January 13, 2014, and that if he failed to file a response to the Order to Show Cause by January 13, 2014, the Court would dismiss this case. To date, Plaintiff has not filed any response either to the pending motion to dismiss or to the Order to Show Cause. Accordingly, the Court DISMISSES this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 24, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TALAL ALFAOUR,

    Plaintiff,

v.

UNITED PARCEL SERVICE INC et al,

    Defendant.
_____/

Case Number: CV13-04719 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 24, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Talal Alfaour
121 Brosnan Ct
South San Francisco, CA 94080

Dated: January 24, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk